| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Amanda Seabock, Esq., SBN 289900 |
| 3 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385 |
| 5 | (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | |
| 8 | SEYFARTH SHAW, LLP<br>Ashley Arnett, Esq., SBN 305162 |
| 9 | aarnett@seyfarth.com |
| 10 | 601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| 11 | T: 213-270-9600<br>F: 213-270-9601 |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case: 2:20-cv-10315-SVW-PVC |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **649 South Olive Tenant, LLC**, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendant. | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), the Parties stipulate that this action may be dismissed with prejudice, each Party to bear his/her/its own attorneys' fees and costs.

1

| | | |
|---|---|---|
| 1 | Dated: December 18, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: December 18, 2020 | SEYFARTH SHAW, LLP |
| 7 | | |
| 8 | | By: /s/Ashley Arnett |
| 9 | | Ashley Arnett<br>Attorney for Defendant |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Arnett, and that I have obtained Ms. Arnett's authorization to affix her electronic signature to this document.

Dated: December 18, 2020           CENTER FOR DISABILITY ACCESS

                                   By: /s/Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
                                       Attorneys for Plaintiff